FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 DEC 17 AM 10: 12

CLERK _____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| JOSEPH M. THOMAS, | ) |
| Claimant, | ) |
| v. | ) Case No. CV412-254 |
| OFFICE OF DISABILITY ADJUDICATION AND REVIEW, SOCIAL SECURITY HEARING AND APPEALS, and L. ELLIS DAVIS, | ) |
| Defendants. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 17 day of Dec, 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA